IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ROBERT BLANCHARD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-22-902-D |
| STATE OF OKLAHOMA, | ) ) ) |
| Respondent. | ) ) |

### ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 11] in its entirety. For the reasons stated therein, the Court finds the Amended Petition for Writ of Habeas Corpus [Doc. No. 10] should be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED** this 20th day of January, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge